
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY - 2 2013

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __ARKANSAS__

UNITED STATES OF AMERICA

V.

EUGENE STARR, JR.

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 4:11-CR-00163-02 BRW

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Billy Roy Wilson - District Judge
Name of Judge           Title of Judge

May 2, 2013
Date